**No. 54005.**—La Borteaux Co., Inc. *v.* United States, protest 149567–K (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 31, 1950

**No. 54006.**—Lunham & Reeve, Inc., et al. *v.* United States, protests 62465–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 court dismissed the protests.

JANUARY 30, 1950

**No. 54007.**—SUIT 4614.—Nylos Trading Co. *v.* United States.—▮▮▮▮▮ —C. D. 1133 affirmed December 12, 1949. C. A. D. 422.